Minutes of the United States District Court
Southern District of California
NOVEMBER 20, 2007

HON.  JAN M. ADLER         DEPUTY CLERK: R. RHONE 

---

TAPE NO. JMA07-01-2:26-2:31

07MJ2683-   USA   vs.   DALE STAMPER et al. - N/A

ARRAIGNMENT OF M/W

TAMARA DEHAAN, CJA - N/A

AUSA: JAMES MELENDRES

---

GOVT'S ORAL MOTION TO DISMISS MATERIAL WITNESS, JUAN VALDERRAMA-ORTIZ - GRANTED
ABSTRACT ISSUED TO USM

MATERIAL WITNESS IS A DEFENDANT IN CASE NUMBER 07MJ2685

3 MINUTES