

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff )<br><br>vs. )<br><br>Dale Stamper, et al. )<br><br>Defendant(s) ) | CRIMINAL NO. _O7MJ2683_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Leonardo Buenrusto-Torres
aka: Leovardo Buenrusto-Torres

DATED: 11-28-07

RECEIVED _____
　　　　　　　DUSM

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　　Deputy Clerk